■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN SCOTT, Appellant. [616 NYS2d 307] —Judgment unanimously affirmed. Memorandum: Upon our review of the rec-

ord, we conclude that the sentence is neither harsh nor excessive.

We have reviewed the contentions raised in defendant's *pro se* supplemental brief and find them to be without merit. (Appeal from Judgment of Niagara County Court, Hannigan, J.—Criminal Possession Controlled Substance, 4th Degree.) Present—Green, J. P., Balio, Fallon, Callahan and Davis, JJ.